# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
### MISC. NO. 1:26 mc 7

NIMA GHARAVI,

        Petitioner,

v.

TONY ROTUNDO,

        Respondent.

Underlying action:
*Gharavi et al. v. Presley et al.*, No. 1:24-cv-1969 (N.D. Ill.)


FILED
IN THIS OFFICE
APR - 7 2026
Clerk U.S. District Court
Greensboro, NC
BY

## MOTION TO COMPEL COMPLIANCE WITH SUBPOENA

Petitioner Nima Gharavi ("Petitioner"), appearing *pro se*, respectfully moves the Court pursuant to Federal Rule of Civil Procedure 45(d)(2)(B)(i) for an order compelling Respondent Tony Rotundo ("Respondent") to comply with a subpoena for production of documents issued in *Gharavi et al. v. Presley et al.*, Case No. 1:24-cv-1969 (N.D. Ill.). The subpoena was personally served on Respondent in Carrboro, North Carolina on March 1, 2026. The grounds for this Motion are set forth more fully in the accompanying Brief in Support, Certificate of Conference, and Declaration of Nima Gharavi with Exhibits 1 through 10 in support thereof, which are incorporated by reference herein.

WHEREFORE, Petitioner Nima Gharavi respectfully requests that the Court enter an order compelling Respondent to comply with the subpoena within fourteen (14) days of the Court's order by producing all responsive documents by electronic transmission, or in the alternative, if Respondent contends he possesses no responsive documents, compelling Respondent to execute and file with the Court an affidavit of completeness under penalty of perjury attesting to that fact within seven (7) days of the Court's order, and granting such other and further relief as the Court deems just and proper.

Dated: April 6, 2026

Respectfully Submitted,

By: *Nima Gharavi*

Nima Gharavi, *pro se*
4610 North Clark St. #1098
Chicago, IL 60640
Phone: +1 (773) 899-4688
dmca@midwestwrestle.com

*Petitioner*

2