# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
### MISC. NO. _____

NIMA GHARAVI,

               Petitioner,

v.

TONY ROTUNDO,

               Respondent.

Underlying action:
*Gharavi et al. v. Presley et al.*, No. 1:24-cv-1969 (N.D. Ill.)

## [PROPOSED] ORDER

This matter came before the Court on Petitioner Nima Gharavi's Motion to Compel Compliance with Subpoena. The Court, having considered the Motion, the Brief in Support, the Declaration of Nima Gharavi and accompanying Exhibits, and the Certificate of Conference, and being duly advised in the premises, hereby **ORDERS** as follows:

1. Petitioner's Motion to Compel Compliance with Subpoena is **GRANTED.**

2. Respondent Tony Rotundo shall, within fourteen (14) days of the date of this Order, produce all documents responsive to the subpoena served upon him on March 1, 2026 by electronic transmission.

3.  In the alternative, if Respondent contends that he possesses no documents or communications responsive to the subpoena, Respondent shall, within seven (7) days of the date of this Order, execute and file with the Court an affidavit of completeness under penalty of perjury attesting to that fact.

4.  Failure to comply with this Order may subject Respondent to sanctions pursuant to Federal Rule of Civil Procedure 45(g), including but not limited to a finding of contempt of court.

    **SO ORDERED**, this the _____ day of _____, 2026.

    _____

    United States Magistrate Judge

2