Case 1:26-mc-00007-UA    Document 1-2    Filed 04/07/26    Page 1 of 2

ups®

**1 LBS**
DWT: 13,10,1

**1OF1**

NIMA GHARAVI
773:3994688
4610 NOR... CLARK STREET #1098
CHICAGO IL 60640

**SHIP TO:**
CLERK, USDC FOR THE M.D.N.C.
324 WEST MARKET STREET
**GREENSBORO NC 27401**

**NC 274 9-04**

**UPS GROUND**

TRACKING #: 1Z 3E2 R42 03 1602 5983

BILLING: P/P

XOL 26.03.05      NV45 15.0A  04/2025™

CLERK, USDC FOR THE M.D.N.C.
324 W MARKET ST
GREENSBORO NC 27401

P: BOX5      S: 5MDBRN    I: 5SO

**0526 - 7120**

1Z3E2R42031602      5983
DANIC737CT  2749  DEST3    APR  B 81:26:43 2026
US              HIPPS 26.3.0  Z6G30R

# Express

