# Exhibit 2

 Outlook

## Follow-Up on Subpoena – Gharavi et al. v. FloSports, Inc. et al.

**From** Emma K. Leonard <eleonard@smbtrials.com>

**Date** Wed 11/12/2025 11:39 AM

**To** tony@wrestlersarewarriors.com <tony@wrestlersarewarriors.com>; editor@wrestlersarewarriors.com <editor@wrestlersarewarriors.com>

📎 3 attachments (1 MB)

Tony Rotundo.pdf; Rotundo Rider.pdf; Notice of Subpoena to Rotundo.pdf;

Good Afternoon,

This is our second follow-up regarding the subpoena issued in *Nima Gharavi et al. v. FloSports, Inc. et al.*, which was delivered on September 22nd and is attached again here for reference. As of today, we have not received any documents, objections, or communication in response.

Please confirm immediately whether production is forthcoming or advise if there were any issues with service. Absent a substantive response **within seven (7) days of this correspondence**, we will have no choice but to seek relief from the Court and file a motion to compel.

You may contact me directly at (312) 923-8265 or via email at eleonard@smbtrials.com with any questions or to discuss further. Thank you for your prompt attention to this matter.

All the best,

**Emma K. Leonard**
Associate
**SWANSON, MARTIN & BELL, LLP**
330 North Wabash Ave., Suite 3400
Chicago, Illinois 60611
Dir: (312) 923-8265
E-mail: eleonard@smbtrials.com

DISCLAIMER: This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain legally privileged and confidential information. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of any information contained in or attached to this communication is strictly prohibited. If you have received this message in error, please notify the sender immediately and destroy the original communication and its attachments without reading, printing or saving in any manner. This communication does not form any contractual obligation on behalf of the sender or Swanson, Martin & Bell, LLP.