# Exhibit 8

 Outlook

## Response Required - Gharavi et al. v. FloSports, Inc. et al.

**From** Olivia E. Duggins <oduggins@smbtrials.com>

**Date** Tue 3/17/2026 2:26 PM

**To** tonyrotundo@gmail.com <tonyrotundo@gmail.com>; tony@wrestlersarewarriors.com <tony@wrestlersarewarriors.com>; editor@wrestlersarewarriors.com <editor@wrestlersarewarriors.com>

**Cc** Nicole O'Toole Peterson <notoole@smbtrials.com>; Kira Matheson <kmatheson@smbtrials.com>; Jeff Becker <jbecker@smbtrials.com>

📎 3 attachments (5 MB)

26-090 AFFIDAVIT Rotundo (1).pdf; Rotundo Rider 2.25.pdf; Tony Rotundo 2.27.pdf;

Good afternoon, Mr. Rotundo,

My office served you with the attached subpoena and rider, and service was confirmed on March 1, 2026. Your response was due on Friday, March 13, 2026, but we have yet to receive any response from you.

Please provide a response by close of business tomorrow, March 18, 2026. As always, I remain available to confer by telephone to facilitate compliance, and I sincerely hope to avoid the need to seek court intervention.

Thank you.

**Olivia E. Duggins**
Associate
**SWANSON, MARTIN & BELL, LLP**
330 North Wabash Ave., Suite 3400
Chicago, Illinois 60611
Dir: (312) 222-8534
Fax: (312) 321-0990
E-mail: oduggins@smbtrials.com
Website: www.smbtrials.com

# Swanson, Martin & Bell, LLP

Chicago – St. Louis – Lisle – Libertyville – Madison County

This message contains confidential information and is intended only for the individual(s) named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission

cannot be guaranteed to be secure as information can be intercepted, lost, arrive late or incomplete. The sender therefore does not recommend total dependence on e-mail for secure and timely communication.

 Please consider the environment before printing this e-mail