# Exhibit 9

 Outlook

## Re: Response Required - Gharavi et al. v. FloSports, Inc. et al.

**From** Olivia E. Duggins <oduggins@smbtrials.com>

**Date** Thu 3/19/2026 4:00 PM

**To** tonyrotundo@gmail.com <tonyrotundo@gmail.com>; tony@wrestlersarewarriors.com <tony@wrestlersarewarriors.com>; editor@wrestlersarewarriors.com <editor@wrestlersarewarriors.com>

**Cc** Nicole O'Toole Peterson <notoole@smbtrials.com>; Kira Matheson <kmatheson@smbtrials.com>; Jeff Becker <jbecker@smbtrials.com>

Mr. Rotundo,

I am following up regarding your outstanding compliance with the subpoena served on March 1, 2026. I requested in my email below that you provide your overdue response by close of business on March 18, 2026. We did not receive any communication or production from you by that deadline.

Please provide a response immediatley. I remain available to confer by telephone, but at this stage, your continued silence unfortunately leaves us no option but to consider next steps, including court intervention.

Thank you.

**Olivia E. Duggins**
Associate
**SWANSON, MARTIN & BELL, LLP**
330 North Wabash Ave., Suite 3400
Chicago, Illinois 60611
Dir: (312) 222-8534
Fax: (312) 321-0990
E-mail: oduggins@smbtrials.com
Website: www.smbtrials.com

# Swanson, Martin & Bell, LLP

Chicago – St. Louis – Lisle – Libertyville – Madison County

This message contains confidential information and is intended only for the individual(s) named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure as information can be intercepted, lost, arrive late or incomplete. The sender therefore does not recommend total dependence on e-mail for secure and timely communication.

Please consider the environment before printing this e-mail