# Exhibit 10

 Outlook

## Re: Response Required - Gharavi et al. v. FloSports, Inc. et al.

**From** Olivia E. Duggins <oduggins@smbtrials.com>

**Date** Mon 3/23/2026 9:00 AM

**To** tonyrotundo@gmail.com <tonyrotundo@gmail.com>; tony@wrestlersarewarriors.com <tony@wrestlersarewarriors.com>; editor@wrestlersarewarriors.com <editor@wrestlersarewarriors.com>

**Cc** Nicole O'Toole Peterson <notoole@smbtrials.com>; Kira Matheson <kmatheson@smbtrials.com>; Jeff Becker <jbecker@smbtrials.com>

Mr. Rotundo,

Despite numerous attempts to confer with you and facilitate compliance, we have not received any type of response regarding your overdue response to our subpoena served on March 1, 2026. Unfortunately, we have no choice but to file a motion to compel unless we hear from you immediately.

**Olivia E. Duggins**
Associate
**SWANSON, MARTIN & BELL, LLP**
330 North Wabash Ave., Suite 3400
Chicago, Illinois 60611
Dir: (312) 222-8534
Fax: (312) 321-0990
E-mail: oduggins@smbtrials.com
Website: www.smbtrials.com

# Swanson, Martin & Bell, LLP

Chicago – St. Louis – Lisle – Libertyville – Madison County

This message contains confidential information and is intended only for the individual(s) named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure as information can be intercepted, lost, arrive late or incomplete. The sender therefore does not recommend total dependence on e-mail for secure and timely communication.

Please consider the environment before printing this e-mail

