# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
### MISC. NO. _____

NIMA GHARAVI,

          Petitioner,

v.

TONY ROTUNDO,

          Respondent.

Underlying action:
*Gharavi et al. v. Presley et al.*, No. 1:24-cv-1969 (N.D. Ill.)



FILED IN THIS OFFICE APR - 7 2026 Clerk U.S. District Court Greensboro, NC BY _____

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 37.1(a) and Federal Rule of Civil Procedure 37(a)(1), Petitioner Nima Gharavi hereby certifies that, after diligent attempts to engage in personal consultation and resolve differences, Respondent Tony Rotundo has been unresponsive to all such attempts, rendering accord impossible.

The following attempts to confer with Respondent were made:

1. On September 22, 2025, counsel for Petitioner transmitted the subpoena, rider, and notice of subpoena to Respondent by email at tony@wrestlersarewarriors.com and editor@wrestlersarewarriors.com. No response was received.

2. On October 22, 2025, counsel for Petitioner left a voicemail at Respondent's telephone number. No response was received.

3. On November 12, 2025, counsel for Petitioner sent a follow-up email to the same addresses, re-attaching the subpoena documents and demanding a response within seven days. No response was received.

4. On December 4, 2025, counsel for Petitioner transmitted an updated subpoena by U.S. Certified Mail to Respondent's Oakland, California address and by email to the same addresses. USPS confirmed delivery on December 9, 2025. No response was received.

5. On January 8, 2026, counsel for Petitioner sent a comprehensive demand letter by email and U.S. Certified Mail to the same Oakland, California address, summarizing the prior outreach, identifying the basis for Petitioner's document requests, demanding a response within seven days, and warning of a motion to compel and sanctions. USPS confirmed delivery on January 14, 2026. No response was received.

6. On January 12, 2026, counsel for Petitioner transmitted an updated subpoena by U.S. Certified Mail to Respondent's Carrboro, North Carolina address. The package was not successfully delivered to Respondent.

2

7. On January 22, 2026, counsel for Petitioner transmitted an updated subpoena by U.S. Certified Mail to the same Carrboro, North Carolina address. The package was not successfully delivered to Respondent.

8. On March 1, 2026, Respondent was personally served with the subpoena, rider, and notice of subpoena in Carrboro, North Carolina. The subpoena commanded production by March 13, 2026. No response was received by that date.

9. On March 17, 2026, counsel for Petitioner sent an email to Respondent at tonyrotundo@gmail.com, tony@wrestlersarewarriors.com, and editor@wrestlersarewarriors.com, attaching the proof of service, the subpoena, and the rider, and requesting a response by close of business March 18, 2026. No response was received.

10. On March 19, 2026, counsel for Petitioner sent a follow-up email to the same three addresses, reporting that the March 18 deadline had passed without any response and inviting Respondent to confer by telephone. No response was received.

11. On March 23, 2026, counsel for Petitioner sent a final email to the same three addresses, advising Respondent that a motion to compel would be filed unless a response was received immediately. No response was received.

As of the date of this filing, Respondent has not produced any documents, served any objections, or made any communication of any kind in response to the subpoena. No

3

conference has occurred because Respondent has not responded to any attempt to communicate. Court intervention is therefore necessary.

Dated: April 6, 2026

Respectfully Submitted,

By: *[signature]*

Nima Gharavi, *pro se*
4610 North Clark St. #1098
Chicago, IL 60640
Phone: +1 (773) 899-4688
dmca@midwestwrestle.com

*Petitioner*

4