# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
### MISC. NO. 1:26MC7

NIMA GHARAVI,

          Petitioner,

v.

TONY ROTUNDO,

          Respondent.

Underlying action:
*Gharavi et al. v. Presley et al.*, No. 1:24-cv-1969 (N.D. Ill.)



FILED IN THIS OFFICE
APR - 7 2026
Clerk U.S. District Court
Greensboro, NC
BY

## MOTION FOR LEAVE TO FILE ELECTRONICALLY

Petitioner Nima Gharavi ("Petitioner"), appearing *pro se*, respectfully moves the Court pursuant to Local Rule 5.3(c)(2) for leave to file electronically in this matter solely for the purpose of this action. The grounds for this Motion are set forth more fully in the accompanying Brief in Support and Declaration of Nima Gharavi with Exhibit 1 in support thereof, which are incorporated by reference herein.

WHEREFORE, Petitioner respectfully requests that the Court grant this Motion and authorize him to file electronically in this matter.

Dated: April 6, 2026

Respectfully Submitted,

By: *Nima Gharavi* (signature)

Nima Gharavi, *pro se*
4610 North Clark St. #1098
Chicago, IL 60640
Phone: +1 (773) 899-4688
dmca@midwestwrestle.com

*Petitioner*

2