# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
### MISC. NO. _____

NIMA GHARAVI,

                Petitioner,

v.

TONY ROTUNDO,

                Respondent.

Underlying action:
*Gharavi et al. v. Presley et al.*, No. 1:24-cv-1969 (N.D. Ill.)

## [PROPOSED] ORDER

This matter came before the Court on Petitioner Nima Gharavi's Motion for Leave to File Electronically. The Court, having considered the Motion, the Brief in Support, and the Declaration of Nima Gharavi with Exhibit 1, and being duly advised in the premises, hereby **ORDERS** as follows:

1. Petitioner's Motion for Leave to File Electronically is **GRANTED**.

2. Petitioner Nima Gharavi is authorized to register as a CM/ECF Filing User in the Court's CM/ECF System solely for the purpose of this action, pursuant to Local Rule 5.3(c)(2).

1

3. Upon registration, Petitioner will receive notices and documents by email rather than U.S. mail.

4. Petitioner's electronic filing privileges are granted solely for the purpose of this action and may not be used to file on behalf of any other person in this or any other case.

5. If Petitioner's use of the Court's CM/ECF system is unsatisfactory, his electronic filing privileges may be revoked.

**SO ORDERED**, this the _____ day of _____, 2026.

_____

United States Magistrate Judge