# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
### MISC. NO. _1: 26 MC 7_

FILED IN THIS OFFICE

APR - 7 2026

Clerk U.S. District Court
Greensboro, NC
BY

NIMA GHARAVI,

               Petitioner,

v.

TONY ROTUNDO,

               Respondent.

Underlying action:
*Gharavi et al. v. Presley et al.*, No. 1:24-cv-1969 (N.D. Ill.)

---

## BRIEF IN SUPPORT OF MOTION FOR LEAVE TO FILE ELECTRONICALLY

Petitioner Nima Gharavi ("Petitioner"), appearing *pro se*, respectfully moves the Court pursuant to Local Rule 5.3(c)(2) for leave to file electronically in this matter solely for the purpose of this miscellaneous subpoena enforcement action. Local Rule 5.3(c)(2) provides that a *pro se* party may register as a CM/ECF Filing User "[u]pon the approval of the assigned Judge." Petitioner respectfully submits that his demonstrated familiarity with federal court electronic filing procedures, as detailed below, warrants such approval.

### II. STATEMENT OF FACTS

1. Petitioner is the *pro se* Petitioner in this miscellaneous action. Gharavi Decl. ¶ 1.

2. Petitioner maintains an active Upgraded PACER Account under the username "ngharavi," with Multifactor Authentication enrolled and an Active Case Search Status. Gharavi Decl. ¶ 2, Ex. 1.

3. Petitioner is currently authorized to file electronically, with Active status, in the following federal courts:

1. U.S. Court of Appeals, Seventh Circuit

2. California Central District Court

3. California Northern District Court

4. Delaware District Court

5. Illinois Northern District Court

6. Minnesota District Court

7. Texas Western District Court

8. Washington Western District Court

Gharavi Decl. ¶ 3, Ex. 1.

4. Petitioner has independently reviewed the Local Rules of the Middle District of North Carolina and this Court's CM/ECF Administrative Policies and Procedures Manual. Gharavi Decl. ¶ 4.

2

5. Petitioner has regular access to the technical requirements necessary to file electronically. Gharavi Decl. ¶ 5.

6. Petitioner understands that once registered for electronic filing in this matter, he will receive notices and documents by email rather than U.S. mail. Gharavi Decl. ¶ 6.

7. Petitioner understands that if his use of the Court's CM/ECF system is unsatisfactory, his electronic filing privileges may be revoked. Gharavi Decl. ¶ 7.

8. Petitioner understands that he may not file electronically on behalf of any other person in this or any other case. Gharavi Decl. ¶ 8.

### III. QUESTION PRESENTED

Whether the Court should authorize Petitioner to file electronically pursuant to Local Rule 5.3(c)(2) solely for the purpose of this action.

### IV. ARGUMENT

Local Rule 5.3(c)(2) provides that "[u]pon the approval of the assigned Judge, a party to a case who is not represented by an attorney may register as a CM/ECF Filing User in the CM/ECF System solely for the purpose of the action." Local Rule 11.1(c) further provides that a *pro se* party "may use electronic filing only with the permission of the assigned Judge."

Petitioner is familiar with the requirements for electronic filing in federal court. He maintains an active PACER account and is currently authorized to file electronically in

3

eight federal courts spanning multiple circuits, as set forth above. This demonstrated familiarity with federal electronic filing systems and procedures supports the conclusion that Petitioner will be able to comply with this Court's CM/ECF requirements.

Electronic filing authorization would serve the interests of efficient case administration. This action involves a pending Motion to Compel compliance with a subpoena, which may generate responses, replies, and orders requiring prompt attention. Electronic filing would ensure that Petitioner receives immediate notice of all Court filings and can respond in a timely manner, rather than relying on U.S. mail.

Petitioner understands and accepts all conditions applicable to *pro se* CM/ECF registration, including that his electronic filing privileges are granted solely for the purpose of this action, that he will receive notices by email rather than U.S. mail, that his privileges may be revoked if his use of the system is unsatisfactory, and that he may not file on behalf of any other person.

## V. CONCLUSION

WHEREFORE, Petitioner Nima Gharavi respectfully requests that the Court grant him leave to file electronically in this matter.

4

Dated: April 6, 2026

Respectfully Submitted,

By: _____

Nima Gharavi, *pro se*
4610 North Clark St. #1098
Chicago, IL 60640
Phone: +1 (773) 899-4688
dmca@midwestwrestle.com

*Petitioner*

5

# CERTIFICATE OF WORD COUNT

Pursuant to Local Rule 7.3(d)(1), I hereby certify that this brief contains 614 words, inclusive of headings and footnotes and exclusive of the caption, signature lines, this certificate, and any cover page, as calculated by word processing software, and complies with the word limit established by Local Rule 7.3(d)(1).

Dated: April 6, 2026

Respectfully Submitted,

By: _____

Nima Gharavi, *pro se*
4610 North Clark St. #1098
Chicago, IL 60640
Phone: +1 (773) 899-4688
dmca@midwestwrestle.com

*Petitioner*

6