# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
### MISC. NO. ___1:26MC7___

FILED
IN THIS OFFICE
APR - 7 2026
Clerk U.S. District Court
Greensboro, NC
BY ___

NIMA GHARAVI,

        Petitioner,

v.

TONY ROTUNDO,

        Respondent.

Underlying action:
*Gharavi et al. v. Presley et al.*, No. 1:24-cv-1969 (N.D. Ill.)

## DECLARATION OF NIMA GHARAVI

I, Nima Gharavi, declare as follows:

1. I am the Petitioner in this proceeding, appearing *pro se*. I have personal knowledge of all facts stated herein.

2. I maintain an active PACER account under the username "ngharavi." My account type is an Upgraded PACER Account with Multifactor Authentication enrolled and a Case Search Status of Active. A true and correct copy of my PACER e-file status page, captured on April 5, 2026, is attached hereto as **Exhibit 1**.

3. As reflected in Exhibit 1, I am currently authorized to file electronically, with Active status, in the following federal courts:

1. U.S. Court of Appeals, Seventh Circuit

2. California Central District Court

3. California Northern District Court

4. Delaware District Court

5. Illinois Northern District Court

6. Minnesota District Court

7. Texas Western District Court

8. Washington Western District Court

4. I have independently reviewed the Local Rules of the Middle District of North Carolina and this Court's CM/ECF Administrative Policies and Procedures Manual.

5. I have regular access to the technical requirements necessary to file electronically.

6. I understand that once registered for electronic filing in this matter, I will receive notices and documents by email rather than U.S. mail.

7. I understand that if my use of the Court's CM/ECF system is unsatisfactory, my electronic filing privileges may be revoked.

8. I understand that I may not file electronically on behalf of any other person in this or any other case.

2

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 6, 2026.    By: _____

Nima Gharavi, *pro se*
4610 North Clark St. #1098
Chicago, IL 60640
Phone: +1 (773) 899-4688
dmca@midwestwrestle.com

*Petitioner*

3