# Exhibit 1

**ℹ MFA Information**

Users only have to enroll in MFA when they are prompted. Need help enrolling in MFA? Check out our **MFA Tips and Resources** page to get you started.

🇺🇸 An official website of the United States government. Here's how you know ⌄

Log in to PACER Systems ➜

| | |
|---|---|
| **Account Number** | ▮▮▮▮ |
| **Username** | ngharavi |
| **Amount Due** | $0.00 |
| **Account Balance** | $0.00 |
| **Case Search Status** | Active |
| **Account Type** | Upgraded PACER Account |
| **Multifactor Auth'** | Enrolled |

### Check E-File Status

| Court Type ↑↓ | Court ↑↓ | Status |
|---|---|---|
| U.S. Appellate Courts | U.S. Court Of Appeals, Seventh Circuit | Active  [Request Deactivation] |
| U.S. District Courts | California Central District Court | Active  [Request Deactivation] |
| U.S. District Courts | California Northern District Court | Active  [Request Deactivation] |
| U.S. District Courts | Delaware District Court | Active  [Request Deactivation] |
| U.S. District Courts | Illinois Northern District Court | Active  [Request Deactivation] |
| U.S. District Courts | Minnesota District Court | Active  [Request Deactivation] |
| U.S. District Courts | Texas Western District Court | Active  [Request Deactivation] |
| U.S. District Courts | Washington Western District Court | Active  [Request Deactivation] |

Cancel

---

PACER FAQ  Privacy & Security  Contact Us



**PACER Service Center**
(800) 676-6856
pacer@psc.uscourts.gov

This site is maintained by the Administrative Office of the U.S. Courts on behalf of the Federal Judiciary.

Case 1:26-mc-00007-UA    Document 7-1    Filed 04/07/26    Page 2 of 2