

### PRO SE (NON PRISONER)
### AUTHORIZATION FORM TO RECEIVE DOCUMENTS ELECTRONICALLY

Pursuant to Fed. R. Civ. P. 5(b), Fed. R. Civ. P. 77(d), and Local Civil Rule 5.3(b)(2), documents may be served through the Court's transmission facilities by electronic means. Documents that are not permitted to be served electronically are pleadings that are to be served with process under Fed. R. Civ. P. 4.

I , Nima Gharavi, _____ hereby consent to receive service of documents and notices of electronic filing (NEFs) via the Court's Electronic Filing System to the extent and in the manner authorized by the above rules and waive the right to receive notice by first class mail pursuant to Fed. R. Civ. P. 5(b)(2)(D) and Fed. R. Civ. P. 77(d). I will promptly notify the Court in writing if there is a change in my personal data, such as name, address, telephone number and/or e-mail address. I will also promptly notify the Court in writing of my request to cancel this electronic service. I understand that this authorization to receive documents electronically automatically ceases upon expiration of the time for filing an appeal of a final judgment or decree.

Pro se parties who have consented to receive documents electronically will be sent a Notice of Electronic Filing (NEF) by e-mail. Upon receipt of the notice, pro se parties are permitted one "free look" at the document by clicking on the hyperlinked document number. The one "free look" will expire 15 days from the date the notice was sent. After the "free look" is used or expires, the document can only be accessed through PACER (**P**ublic **A**ccess to **C**ourt **E**lectronic **R**ecords). It is recommended that pro se parties create a PACER account by visiting the PACER web site at https://pacer.gov. PACER will allow an individual to view, print, and download documents for a fee. Parties can also obtain records through PACER, without setting up an account, by accessing the public terminals located in the Clerk's Office. Parties are able to view documents for free; however, any printing of documents will incur a fee.

My e-mail address is: dmca@midwestwrestle.com _____

My case number is: 1:26 MC 7 _____ (One case number per Authorization Form)

_____
Signature of Pro Se Party

4610 N Clark St. #1098
_____
Mailing Address

Chicago, IL 60640
_____
City, State, Zip Code

(773) 899-4688
_____
Telephone Number

Date: April 6, 2026 _____