

NIMA GHARAVI,

     Petitioner,

v.

TONY ROTUNDO,

     Respondent.

Underlying action:
*Gharavi et al. v. Presley et al.*, No. 1:24-cv-1969 (N.D. Ill.)

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2026, a process server personally served Respondent Tony Rotundo with true and correct copies of the following ECF-stamped documents at 103 Westview Drive, Apartment K, Carrboro, North Carolina 27510:

1. Motion to Compel Compliance with Subpoena (ECF No. 1)

2. Brief in Support of Motion to Compel Compliance with Subpoena, with Exhibits 1 through 10 (ECF No. 2)

3. Declaration of Nima Gharavi in Support of Motion to Compel Compliance with Subpoena, with Exhibits 1 through 10 (ECF No. 3)

4. Certificate of Conference (ECF No. 4)

5. Proposed Order Granting Motion to Compel Compliance with Subpoena (ECF No. 1, Attach. 1)

A true and correct copy of the Affidavit of Process Service is attached hereto as Exhibit A.

Executed on April 17, 2026.

By: _____

Nima Gharavi, *pro se*
4610 North Clark St. #1098
Chicago, IL 60640
Phone: +1 (773) 899-4688
dmca@midwestwrestle.com

*Petitioner*

2

## AFFIDAVIT OF PROCESS SERVICE

US District Court for the Middle District of NC   1:26 MC7

COUNTY **Gharavi** COURT **vs Motundo** CASE NUMBER

PLANTIFF/PETITIONER · DEFENDANT/RESPONDENT

**Jamie Mitchell**, being first duly sworn, depose and say: that I am not less than 21 years of age, am not a party to the action, am not related by blood or marriage to a party to the action or to a person upon whom service is to be made.

Service: I served **Tony Motundo**

NAME OF PERSON/ ENTITY BEING SERVED

with (list documents) Motion to compel, order, envelope, exhibit 1-10, Brief in support of Motion to compel, declaration of N. Gharav by leaving with a certificate of conference _____ at

Residence **103 Westview Dmu Apt K   Cumbovo NC 27570**
NAME · ADDRESS · RELATIONSHIP · CITY/STATE

Business _____
ADDRESS · CITY/STATE

On **4/14/2026** at **7:01 pm**
DATE · TIME

**Manner of Service:**

X Personal: By personally delivering copies to the person being served.

Substituted at Residence: By leaving copies at the dwelling house or usual place of abode of the person being served with some person of suitable of age and discretion then residing therein.

Substituted at Business: By leaving, during business hours, copies at the office of the person/entity being served with the person apparently in charge thereof.

Non-Service: After due search, careful inquiry, and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following reason(s): _____

Service Attempts: Service was attempted on the following date(s) _____

SIGNATURE OF PROCESS SERVER _____

SUBSCRIBED AND SWORN to before me this **16** day of **April**, 20 **26**

SIGNATURE OF NC NOTARY PUBLIC _____

## BDS
**Blackman Detective Services**
*If You Really Want to Know*

Notary Seal

CHRISTOPHER J. LEWIS
NOTARY PUBLIC
JOHNSTON COUNTY, NC