**Extremely Urgent**

Visit **UPS.com**

**Apply shipping documents on this side.**

Scan QR code to
schedule a pickup

**Domestic Shipments**
- To qualify for the letter rate, UPS Express® envelopes may
  correspondence, urgent documents, and/or electron
  8 oz. or less. UPS Express envelopes containing items
  or weighing more than 8oz. will be billed by weight.

**International Shipments**
- The UPS Express envelope may be used only f
  value. Certain countries consider electronic med
  ups.com/importexport to verify if your shipment

- To qualify for the letter rate, the UPS Express envelope
  UPS express envelopes weighing more than 8 oz. will be

**Note:** UPS Express envelopes are not recommended f
electronic media containing sensitive personal inform
Do not send cash or cash equivalent.

## Window Envelope

Use this envelope with shipping documents printed
from a laser or inkjet printer on plain paper. Insert
shipping documents under window from the top.

100% Recycled fiber
80% Post-Consumer

International Shipping Notice — Carriage hereunder may be subject to the rules relating to liability and other terms and/or conditions established
by the Convention for the Unification of Certain Rules Relating to International Carriage by Air (the "Warsaw Convention") and/or the Convention on
the Contract for the International Carriage of Goods by Road (the "CMR Convention"). These commodities, technology or software were exported
from the U.S. in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.

NIMA GHARAVI
7738994688
4610 NORTH CLARK STREET #1098
CHICAGO IL 60640

**1 LBS**   DWT: 13,10,1   **1 OF 1**

**SHIP TO:**
CLERK, USDC FOR THE M.D.N.C.
324 WEST MARKET STREET
**GREENSBORO NC 27401**

INSPECTED

**NC 274 9-05**

**FOR UPS SHIPPING ONLY**

## UPS GROUND
TRACKING #: 1Z 3E2 R42 03 2667 4478

**BILLING: P/P**

Reference #1: 1:26-mc-00007

XOL 26.04.01    NV45 16.0A 04/2026*

**Extremely Urgent**

Express



RECEIVED
In This Office
CB
APR 21 2026
CLERK U.S. DISTRICT COURT
GREENSBORO, N.C.
950 CB



UPS®