FILED
IN THIS OFFICE
SEP 25 2026
Clerk U.S. District Court
Greensboro, NC
BY

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF NORTH CAROLINA

---

NIMA GHARAVI,

Petitioner,

-- v --

TONY ROTUNDO,

Respondent.

---

MISC. NO. 1:26-mc-00007

**DECLARATION OF TONY ROTUNDO REGARDING COMPLETENESS OF PRODUCTION**

Underlying action: *Gharavi et al. v. Presley et al.*, No. 1:24-cv-1969 (N.D. Ill.)

I, Tony Rotundo, declare as follows:

1. I am the Respondent in this proceeding. I make this declaration on personal knowledge.
2. I was personally served with the subpoena underlying this proceeding on March 1, 2026.
3. On April 29, 2026, through my counsel, I produced to Petitioner all documents in my possession, custody, or control responsive to the subpoena: one email thread and two InterMatWrestle forum posts. I also searched X/Twitter, SMS/iMessage, WhatsApp, Facebook, Facebook Messenger, Instagram, and InterMatWrestle.com private messages for “Gharavi” and “Midwest Wrestle,” and found nothing further.
4. I have no documents or communications responsive to the subpoena beyond what was produced to Petitioner on April 29, 2026.
5. On May 2, 2026, Petitioner sent my counsel a demand for $3,485.43 in expenses under Federal Rule of Civil Procedure 37(a)(5)(A), together with a proposed

declaration of completeness for my signature. Petitioner copied his attorneys of record in the underlying action (Swanson, Martin & Bell)—on that transmittal. (See Exhibit A). I was, and remain, prepared to sign a declaration confirming my production is complete. On May 5, 2026, my counsel responded, copying the same attorneys, that the expenses Petitioner sought predated Petitioner's proper assertion of jurisdiction over me, and offered to have me execute the declaration if the fee demand were withdrawn. (See Exhibit B). On May 6, 2026, Petitioner responded, again copying the same attorneys, that his demand "remains outstanding." (See Exhibit C). I heard nothing further regarding this proceeding until September 15, 2026, when I was served by mail with Petitioner's Motion for Revision of Interlocutory Order and the papers accompanying it, from which I learned for the first time of the Court's Order of August 31, 2026.

6. I submit this declaration promptly upon learning of the Court's Order, to confirm the completeness of my April 29, 2026 production. The only reason it was not submitted earlier is the unresolved dispute, described above and documented in Exhibits A through C, over Petitioner's fee demand. Those exhibits are offered for the purpose of explaining the timing of this declaration and not to prove the validity or amount of any claim. See Fed. R. Evid. 408(b).

7. I reserve all rights and objections with respect to any claim for fees, costs, or expenses that Petitioner has asserted or may assert in this proceeding.

8. This declaration was prepared with the assistance of Scott Pilutik, Esq., a member of the Bar of the State of New York who has advised me in connection with this matter. Mr. Pilutik has not entered an appearance in this proceeding and is not admitted to practice before this Court.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on September 22, 2026.

______________________________

Tony Rotundo