FILED
IN THIS OFFICE
OCT 19 2026
Clerk U.S. District Court
Greensboro, NC
BY

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF NORTH CAROLINA

---------------------------------------------------------------X

NIMA GHARAVI,

Petitioner,

-- v --

TONY ROTUNDO,

Respondent.

---------------------------------------------------------------X

MISC. NO. 1:26-mc-00007

**SUPPLEMENTAL DECLARATION OF TONY ROTUNDO**

Underlying action: *Gharavi et al. v. Presley et al.*, No. 1:24-cv-1969 (N.D. Ill.)

I, Tony Rotundo, declare as follows:

1. I submit this declaration to supplement my Declaration Regarding Completeness of Production, filed September 29, 2026 (Docket Entry 18) (the "Declaration"), in response to Petitioner's October 7, 2026 letter concerning that Declaration.

2. Paragraph 3 of the Declaration states that I searched X/Twitter, SMS/iMessage, WhatsApp, Facebook, Facebook Messenger, Instagram, and InterMatWrestle.com private messages for "Gharavi" and "Midwest Wrestle," and found nothing further responsive to the subpoena. That paragraph did not separately state that I also searched my email accounts, although my April 29, 2026 production included an email thread from my tonyrotundo@gmail.com account. I clarify that I have searched tonyrotundo@gmail.com, tony@wrestlersarewarriors.com, and editor@wrestlersarewarriors.com using the terms "Gharavi," "Nima," "Midwest Wrestle," "midwestwrestle," and "MW." That search located no documents or communications responsive to the subpoena beyond the email thread already produced on April 29, 2026, and correspondence with Petitioner, Petitioner's prior counsel, and my own counsel concerning this proceeding.

3. I have also searched YouTube, SmugMug, and LinkedIn (including LinkedIn messages), my voicemail, and my text messages, using the same terms, and located no documents or communications responsive to the subpoena. I do not maintain, and have never maintained, any account with Threads, Bluesky, Tumblr, Reddit, TikTok, Telegram, Discord, Slack, GroupMe, Google Chat, or Microsoft Teams.

4. I maintain a Signal account, which is configured to automatically delete messages after 24 hours. I am not aware of any other automatic deletion or retention setting, on any account or service described in the Declaration or in this supplemental declaration, that would have affected the searches described in either document.

5. I am not withholding any document or communication responsive to the subpoena on the basis of privilege or on any other ground.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on October 16, 2026.

By: Tony Rotundo
103 Westview Drive, Apt. K
Carrboro, NC 27510
Phone: +1 (415) 902-8346
tony@wrestlersarewarriors.com