


Tony Rotundo
103 Westview Dr Apt K
Carrboro, NC 27510-1564

RALEIGH NC 275
Research Triangle Region
17 OCT 2026 AM 3 L




INSPECTED

Clerk, U.S. District Court for the Middle District of North Carolina
L. Richardson Preyer Courthouse
324 W. Market Street
Greensboro, NC 27401-2544

Misc. No. 1:26-mc-00007

OCT 19 2026

10:46 CB

27401-254400