FILED
IN THIS OFFICE
NOV 2 3 2026
Clerk U.S. District Court
Greensboro, NC
BY

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

-----------------------------------------------------------------X

NIMA GHARAVI,

Petitioner,

-- v --

TONY ROTUNDO,

Respondent.

-----------------------------------------------------------------X

MISC. NO. 1:26-mc-00007

**SECOND SUPPLEMENTAL DECLARATION OF TONY ROTUNDO**

Underlying action: *Gharavi et al. v. Presley et al.*, No. 1:24-cv-1969 (N.D. Ill.)

I, Tony Rotundo, declare as follows:

1. I submit this declaration to further supplement my Declaration Regarding Completeness of Production, filed September 29, 2026 (Docket Entry 18) (the "Declaration"), and my Supplemental Declaration (Docket Entry 19) (the "Supplemental Declaration"), in response to Petitioner's November 4, 2026 letter.

2. Paragraph 3 of the Declaration states that I searched X/Twitter, WhatsApp, Facebook, Facebook Messenger, Instagram, and InterMatWrestle.com for "Gharavi" and "Midwest Wrestle." I have since searched each of those services again, and have also searched again my email, SMS/iMessage, and Signal accounts, using each of the following six terms: "Gharavi," "Nima," "Midwest Wrestle," "midwestwrestle," "MW," and "CK" (the "Search Terms"). The Search Terms consist of the five terms identified in paragraph 2 of the Supplemental Declaration plus "CK," which I added because it appears with "MW" in the January 4, 2024 email discussed in paragraph 7 below. I ran each Search Term separately in each search.

3. For X/Twitter, Facebook, Facebook Messenger, and Instagram, I downloaded the complete archive of my account data that each service makes available to account holders, and searched the downloaded archive using the Search Terms. Those archives contain the posts, reposts, comments, replies, likes, and shares made from my accounts, as well as my messages, so these searches covered content published, shared, liked, or commented on by my accounts in addition to my communications. For WhatsApp, Signal, SMS/iMessage, and email (my tonyrotundo@gmail.com, tony@wrestlersarewarriors.com, and editor@wrestlersarewarriors.com accounts), I searched my messages using each application's search function. For InterMatWrestle.com, I searched the forum using the site's "Everywhere" search, which covers the forum posts made from my account. I have never sent or received a private message on InterMatWrestle.com, so there were no private messages to search.

4. The services searched, the content searched, the period searched, and the result of each search, all conducted on or before November 10, 2026, are as follows. For every service except SMS/iMessage, the period searched begins on the date I opened the account, so each of those searches covered the account's entire history without any date limitation:

| **Service** | **Content searched** | **Period searched** | **Result** |
|---|---|---|---|
| X/Twitter (downloaded archive) | Posts, replies, reposts, community posts, comments, likes, shares, and direct messages | June 1, 2008 (date I joined) – Nov. 10, 2026 | No results |
| Facebook (downloaded archive) | Posts, comments, likes, shares, and messages (including group messages) | June 2, 2009 (date I joined) – Nov. 10, 2026 | No results |
| Facebook Messenger (downloaded archive) | Messages | June 2, 2009 (date I joined) – Nov. 10, 2026 | No results |
| Instagram (downloaded archive) | Posts, reposts, comments, likes, shares, and messages | May 16, 2015 (date I joined) – Nov. 10, 2026 | No results |

| Service | Content searched | Period searched | Result |
|---|---|---|---|
| InterMatWrestle.com forum | All forum content ("Everywhere" search) | Jan. 4, 2024 (date I joined) – Nov. 10, 2026 | "Gharavi": the two forum posts produced April 29, 2026. All other terms: no results |
| InterMatWrestle.com private messages | None exist; I have never sent or received one | Jan. 4, 2024 (date I joined) – Nov. 10, 2026 | No results |
| WhatsApp | Chats and communities | Nov. 24, 2016 (date I joined) – Nov. 10, 2026 | No results |
| Signal | All available messages | Jan. 7, 2021 (date I joined) – Nov. 10, 2026 | No results |
| SMS/iMessage | All messages on my phone | Oct. 27, 2022 (earliest message on my phone; see ¶ 5) – Nov. 10, 2026 | No results |
| Email (all three accounts; see ¶ 3) | All mail | Oct. 19, 2005 (date I opened my first account) – Nov. 10, 2026 | "Midwest Wrestle," "MW," "CK": the January 4, 2024 email thread produced April 29, 2026. All other terms: no responsive results (see ¶ 5) |

5. The searches located no documents or communications responsive to the subpoena beyond the January 4, 2024 email thread and the two InterMatWrestle.com forum posts produced on April 29, 2026. Apart from that thread, the search of my email for "Gharavi" returned only the correspondence concerning the service of the subpoena and my response to it, which is addressed in paragraph 13 below. My SMS/iMessage history begins on October 27, 2022, because in late 2022 my phone's storage became full and older message history was deleted to free space, long before I received the subpoena.

6. Some of the search functions I used return partial-word matches, so certain searches returned results in which the letters of a Search Term appear inside an unrelated word or web address (for example, "Nima" within "animated," "MW" within an unrelated abbreviation or within a web link, and "CK" within "CKLV," the common abbreviation for the Cliff Keen Las

Vegas Invitational, a wrestling tournament I photograph). I reviewed each such result. None referred to Petitioner or Midwest Wrestle, and none is reflected as a result in paragraph 4.

7. Petitioner's letter notes that my January 4, 2024 email, produced on April 29, 2026, refers to "the MW/CK." In that phrase, "MW" refers to Midwest Wrestle and "CK" refers to Cam Kramer, a separate individual discussed in the email to which I was replying. "CK" does not refer to Petitioner or Midwest Wrestle. I included "CK" as a Search Term only so that the searches would capture any other use of the phrase "MW/CK." Documents and communications concerning Cam Kramer that do not concern Petitioner or Midwest Wrestle are not responsive to the subpoena, and I have not treated them as responsive. Because both "MW" and "CK" are Search Terms, the searches described in paragraph 4 would have located any document or communication using that phrase. I do not know of any other name, nickname, abbreviation, or handle that has been used for Petitioner or Midwest Wrestle.

8. I have never used Signal to communicate about Petitioner or Midwest Wrestle. I have never used Signal to communicate with anyone in the wrestling community about any subject.

9. The automatic-deletion setting on my Signal account described in paragraph 4 of the Supplemental Declaration has been in effect since I opened the account on January 7, 2021, and applies by default to all of my Signal conversations. To my knowledge, no message concerning Petitioner or Midwest Wrestle existed on my Signal account on September 22, 2025, or at any time since. I have since turned off automatic deletion, and it is now off.

10. The "NWMA inbox" referred to in the January 4, 2024 email thread is an email account of the National Wrestling Media Association ("NWMA"). I do not have, and have never had, access to that inbox. I am no longer involved with the NWMA. I do not have, and have never had, access to any NWMA email account, email list, group chat, shared folder, or other

account, and I have never participated in any NWMA group chat on iMessage, WhatsApp, Facebook, Slack, or any other service. My communications concerning NWMA business were conducted by email. Because I am personally friends with members of the NWMA board, I may at times have exchanged text messages with several of them together in an informal group text, not concerning NWMA business. My SMS/iMessage search described in paragraph 4 covered any such messages and located nothing using any of the Search Terms.

11. Other than telephone calls, the accounts and services identified in paragraph 4 are the only accounts or services I have used to communicate about wrestling. I have not used any other account or service to communicate about Petitioner or Midwest Wrestle.

12. Together with this declaration, I am serving on Petitioner the email thread produced on April 29, 2026, in native .eml format exported from my tonyrotundo@gmail.com account, which preserves the header and delivery information associated with that message (one file). That file is my January 4, 2024 reply. My account does not contain a separate copy of the earlier message in that thread, which appears as quoted text within my reply.

13. The correspondence referred to in paragraph 2 of the Supplemental Declaration consists solely of communications with Petitioner, Petitioner's prior counsel, and my own counsel concerning the service of the subpoena and my response to it. I do not regard those communications as responsive to the subpoena, which seeks documents and communications concerning Petitioner and Midwest Wrestle, not correspondence generated by the subpoena itself. My statement in paragraph 5 of the Supplemental Declaration that I am not withholding any responsive document or communication remains accurate.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on November 18, 2026.

By: Tony Rotundo
103 Westview Drive, Apt. K
Carrboro, NC 27510
Phone: +1 (415) 902-8346
tony@wrestlersarewarriors.com