00

Tony Rotundo

103 Westview Dr, Apt K
Carrboro, NC 27510

Case #: Misc. No. 1:26-mc-00007

RALEIGH NC **Retail**

19 NOV 2026

UNITED STATES POSTAL SERVICE

27401

RDC 99 0 Lb 2.20 Oz

INSPECTED

U.S. POSTAGE P
FCM LETTER
CARRBORO, NC
NOV 18, 2026

**$1.40**

S2324N500762-0

RECEIVED
In This Office

NOV 23 2026

CLERK U.S. DISTRICT COURT
GREENSBORO, N.C.

Clerk, U.S. District Court for the Middle District of North Carolina
L. Richardson Preyer Courthouse
324 W. Market Street
Greensboro, NC 27401-2544

ReadyPost®

Document Mailer

27401-254472

CARRBORO POST OFF

NOV 18 2026

UNITED STATES POSTAL SERVICE®

1PJE2150 • AIC-093
Product Code 9330006
www.usps.com
A product of the United States Postal Service ®
MADE IN THE U.S.A.